IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30868

Summary Calendar
_____

LILLIE M SHELBY

             Plaintiff - Appellant

      v.

JON A GEGENHEIMER, in capacity as Clerk of Court for the
Parish of Jefferson; ET AL

             Defendants

JON A GEGENHEIMER, in capacity as Clerk of Court for the
Parish of Jefferson

             Defendant - Appellee

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-1164)
_____

April 7, 1998

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Plaintiff-appellant Lillie M. Shelby appeals the district

court's grant of summary judgment for defendant-appellee, Jon A.

Gegenheimer, in his capacity as Clerk of Court for Jefferson

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Parish.  The district court provided a full statement of its reasons for the decision in its Order and Reasons.  Each of the arguments made on appeal by appellant is addressed and correctly disposed of by the district court in its Order and Reasons.  We therefore affirm for essentially the reasons given by the district court.

AFFIRMED.